# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### NO. 02-14-00340-CV



| | | |
|---|---|---|
| Michelle Rodriguez AND Fort Worth Transportation Authority a/k/a The T; McDonald Transit, Inc.; McDonald Transit Associates, Inc.; and LeShawn Vaughn | § | From the 67th District Court |
| | § | of Tarrant County (067-258065-12) |
| v. | | |
| Fort Worth Transportation Authority a/k/a The T; McDonald Transit, Inc.; McDonald Transit Associates, Inc.; and LeShawn Vaughn AND Michelle Rodriguez and New Hampshire Insurance Co. | § | June 23, 2016 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We render declaratory judgment that the tort-liability limits applicable to Fort Worth Transportation Authority a/k/a The T, McDonald Transit, Inc., and McDonald Transit Associates, Inc. apply separately to each defendant and that the potential tort liability of LeShawn Vaughn is not capped under the Texas Tort Claims Act. It is ordered that the

judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees Fort Worth Transportation Authority a/k/a The T; McDonald Transit, Inc.; McDonald Transit Associates, Inc.; and LeShawn Vaughn shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot